## STANLEY GOODRUM v. COMMISSIONER OF CORRECTION

The petitioner Stanley Goodrum's petition for certification for appeal from the Appellate Court, 63 Conn. App. 297 (AC 19413), is denied.

SULLIVAN, C. J., and NORCOTT, J., did not participate in the consideration or decision of this petition.

*Sandra J. Crowell,* deputy assistant public defender, in support of the petition.

*Denise B. Smoker,* assistant state's attorney, in opposition.

Decided September 13, 2001

## TYLER E. LYMAN, INC. v. ALBERT C. LODRINI ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 63 Conn. App. 739 (AC 19480), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*David P. Condon,* in support of the petition.

*James Colin Mulholland,* in opposition.

Decided September 13, 2001

## TYLER E. LYMAN, INC. v. ALBERT C. LODRINI ET AL.

The petition by the defendant Virginia Lodrini for certification for appeal from the Appellate Court, 63 Conn. App. 739 (AC 19480), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.